CENTER FOR DISABILITY ACCESS
Christopher A. Seabock, Esq., SBN 279640
Cara Townsend, Esq., SBN 220356
Prathima Reddy Price, Esq., SBN 321378
100 Pine St., Ste 1250
San Francisco, CA 94111
Telephone: (858) 375-7385
Facsimile: (888) 422-5191 fax
prathimap@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez,** | Case No. 4:22-cv-00741-HSG |
| Plaintiff, | |
| v. | **Order Granting Joint Stipulation To Extend Filing of Notice for Need for Mediation Deadline** |
| **The Caton Wine Organization, LLC,** | |
| Defendant. | HON. HAYWOOD S. GILLIAM, JR |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

Pursuant to the Parties' Joint Stipulation to Extend Filing of Notice of Need for Mediation Deadline, the Court hereby extends the deadline for the notice of need for mediation from June 14, 2022 to July 27, 2022.

IT IS SO ORDERED.

Dated: 6/15/2022

*Haywood S. Gilliam Jr.* (signature)
HONORABLE HAYWOOD S. GILLIAM, JR
UNITED STATES DISTRICT JUDGE